# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:10-CR-0202-RWS |
| OPEOLUWA ADIGUN and : | |
| CHUKWUKA ONYEKABA, : | |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [123] of Magistrate Judge Russell G. Vineyard.  As an initial matter, Defendant Onyekaba's Motion to File Objections Out of Time [125] is **GRANTED**.  After reviewing the Report and Recommendation, and the Objections [124 and 126] of Defendants the Court enters the following Order.

The Court finds that the issues raised in the Objections filed by Defendants have been adequately addressed in the Report and Recommendation.  Concerning the objections regarding the search of the Navigator pursuant to the search warrant, the Court acknowledges that the

questions of whether there was probable cause for the issuance of the warrant is a close one. However, the Court finds that in any event, suppression of the evidence would not be warranted because the officers reasonably relied in good faith on the warrant. <u>United States v. Leon</u>, 468 U.S. 897 (1984). Having fully considered the Objections of the parties, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Adigun's Motion to Sever [29] and Defendants' Motions to Suppress Evidence and Statements [30, 31, 32, 37, 42, 46, 49, and 73] are **DENIED**.

    **SO ORDERED** this __3rd__ day of June, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)