IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHUKWUKA ONYEKABA, | : |
| Movant, | : |
| | : |
| v. | : CRIMINAL NO. |
| | : 1:10-CR-202-RWS-RGV-2 |
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION NO. |
| | : 1:15-CV-1773-RWS |
| Respondent. | : |

# ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [368] of Magistrate Judge Russell G. Vineyard. After reviewing the R&R, it is received with approval and adopted as the **OPINION** and **ORDER** of this Court. Accordingly, the motion to vacate sentence [361] is hereby **DENIED**, and Movant is **DENIED** a Certificate of Appealability. The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this 30th day of September, 2015.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)